1  YOUR NAME  Mark Scott
   YOUR ADDRESS  P.O. Box 181936 Coronado, Ca. 92178
2  YOUR TELEPHONE NUMBER
3                619 370 7575

FILED
2008 JUN -6 PM 2:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Mark Scott

   -v-

Vessel Orion

Case No. '08 CV 1016 JM BLM
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges: See Attached cover letter. I provided services for Commercial Vessel Orion under belief I would charter passengers on fishing trips in Mexican waters for hire.

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

Mark Scott  6-6-08

Page 1.

June 6, 2008

The last week of March and 1st week of April of 2008 under my Merchant Mariners license for Dave Hammel for the purpose of securing 6 pack passenger certificate, and perported to take passengers fishing in Mexican waters did perform the following duties for vessel "Orion".

Dave Hammel ask for and got the following:

1. Resume
2. Copy of Captains license
3. letter of reference of previous boatowners I did service for.

I carried out the following duties:

* Inspected boat and listed items to correct for Coast Guard inspection

* Called Fish and Game; City Hall and Dept of transportation on cost and obtainment of permits for Orion

* Noted Engine and Generator defects and went to Shelter Island Marine Engine outlets for parts and costs

* Got rush drug screen required of me by Coast Guard inspection

* First Saturday of April made small voyage to Shelter Island police dock with Mr. Hammel and friend of his named Walter, was nice day and was nice trip.

* Made Inspection date with Coast Guard, and I was present and submitted Mariners License and drug screen to Volenteer C.G. Inspector Walli Berri; who listed some changes and would revisit vessel Orion.

My presence made the inspection possible; Dave Hammel held the final Inspection and hours after the sticker was attached told me bye and have a nice day.

continued:                                    Mark Scott

I told Dave Hammel I would submit a bill for my serviced. I was told we had no agreiment. I mailed Mr Hammel a bill of 1,600 dollars I derived at 200 dollars per day for eight days of service and placed lein on vessel Orion for that amount.

    I got the impression that Mr. Hammel has a flippant attitude towards the rules and purpose of having licesened personnel and the respect of laws for vessels at sea.

This court filing is against the vessel Orion that the lein might be upheld by seizure and padlock the vessel where she sits by U.S. marshalls.

                                    Thank you

                                    Mark Scott

1. secure with the overboard valve
2. Mast Lt anchor Lt fix

reads almanac notice to mariners current.

emergency deck of alcohol packets

Mark M's report

---

571.5123
Coast Guard Inspection
Al Gole 278-7247
Wally Berr. 278-7248
August 278-7249

Californian Yacht
101 Shipyard Way Cabin C
Newport Beh Ca
92663
Fax 949 675 1580
Pownetto
4.12   15.    135   750
4.25   33.    84   440
                    219  310
4.21   27.         c 50
4020    9.         260
              84.00
+4057   71.05+101

---

Insurance  Wendy
              Ban
Dave Hammel
Blumenthal  2287
              Ext
830 Orange ste J2
619 435 6534
Boat "Orion" Fishing
his friend Harvey
at Mariners don
619 226 8661
also Ron Bullard
Yachtfinders Brokers
delivery trips
Bishop 686 6274
800 333 4636 info

Port Auth
619 686 6200

---

"No Thurs."
inspection Dave
4922 n. Harbor Dr
Dusie's wharf
No 8 pier
Orion
Tues 10 AM
1975  42

California Marshal
        3 R rear
Santa Anita Beth M
PROC keel pulled
42x42 sated Ast
Borg Warner Fluid
183 hrs Perkins
turbo
Gen 7.5 kilowatt
Onan 120.v



DEPT. OF TRANSP., U.S. COAST GUARD, CG-2849 (REV. 6-01)

SERIAL NUMBER
1045074

UNITED STATES COAST GUARD

ISSUE NUMBER 6

LICENSE

U.S. MERCHANT MARINE OFFICER

This is to certify that
*** MARK PLEASANT SCOTT ***

having been duly examined and found competent by the undersigned is licensed to serve for the term of five years from the below issue date as:

MASTER OF STEAM OR MOTOR VESSELS OF NOT MORE THAN 100 GROSS TONS UPON NEAR COASTAL WATERS;  ALSO, MASTER OF TOWING VESSELS UPON OCEANS.- "SEE REVERSE"

Given under my hand this 20TH day of October, 2003

E. L. WOODSON, SENIOR LIEU. BY DIRECTION
OFFICER IN CHARGE, MARINE INSPECTION

ISSUE PORT: LONG BEACH, CA
EXPIRATION DATE: OCTOBER 20, 2008



**Quest Diagnostics®**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.877.2515

SPECIMEN INFORMATION
SPECIMEN:      EN351368Y
REQUISITION:   8201705

COLLECTED:  03/20/2008   10:00 PT
RECEIVED:   03/21/2008   23:30 PT
REPORTED:   03/22/2008   08:08 PT

PATIENT INFORMATION
**SCOTT,MARK**

DOB: 09/24/1955 AGE: 52
GENDER: M  FASTING: U

ID:    805188302
PHONE:

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
**GINN,KATHRYN L**

CLIENT INFORMATION
W92101081                     SD015280
CC-COMPREHENSIVE HLTH CENTER
SAN DIEGO RESCUE MISSION
120 ELM ST FL 1
SAN DIEGO, CA 92101-2602

---

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| DRUG ABUSE PANEL 10-50 | | | | EN |

```
     * THESE RESULTS ARE FOR MEDICAL TREATMENT ONLY   *
     * ANALYSIS WAS PERFORMED AS NON-FORENSIC TESTING *
```

| | | | | |
|---|---|---|---|---|
| AMPHETAMINES | | | | |
|    (1000 ng/mL SCREEN) | NEGATIVE | | | |
| BARBITURATES | NEGATIVE | | | |
| BENZODIAZEPINES | NEGATIVE | | | |
| COCAINE METABOLITES | NEGATIVE | | | |
| MARIJUANA METABOLITES | | | | |
|    (50 ng/mL SCREEN) | NEGATIVE | | | |
| METHADONE | NEGATIVE | | | |
| METHAQUALONE | NEGATIVE | | | |
| OPIATES | NEGATIVE | | | |
| PHENCYCLIDINE | NEGATIVE | | | |
| PROPOXYPHENE | NEGATIVE | | | |
| | * Reference footnote 1 | | | |

Footnote 1

   THE SUBMITTED URINE SPECIMEN WAS TESTED AT THE LISTED CUTOFFS AND
   CONFIRMED BY A SECOND INDEPENDENT CHEMICAL METHOD.

| DRUG CLASS | INITIAL TEST LEVEL |
|---|---|
| AMPHETAMINES | 1000 ng/mL |
| BARBITURATES | 300 ng/mL |
| BENZODIAZEPINES | 300 ng/mL |
| COCAINE METABOLITES | 300 ng/mL |
| MARIJUANA METABOLITES | 50 ng/mL |
| METHADONE | 300 ng/mL |
| METHAQUALONE | 300 ng/mL |
| OPIATES | 300 ng/mL |
| PHENCYCLIDINE | 25 ng/mL |
| PROPOXYPHENE | 300 ng/mL |

SCOTT,MARK - EN351368Y

Page 1 - Continued on Page 2

**Quest Diagnostics**®

UEST DIAGNOSTICS INCORPORATED

OLLECTED: 03/20/2008  10:00 PT
EPORTED:  03/22/2008  08:08 PT

PATIENT INFORMATION
**SCOTT,MARK**

DOB: 09/24/1955 AGE: 52
GENDER: M FASTING: U
ID: 805188302

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
**GINN,KATHRYN L**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

'ERFORMING LABORATORY INFORMATION
N   QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA  91304-3226, Laboratory Director:   KENNETH L SISCO,MD
    CLIA: 05D0642827

UPLICATE REPORT WILL BE SENT TO:
                              COMPREHENSIVE HEALTH CENTER
                              SAN DIEGO RESCUE MISSION
                              120 ELM ST FL 1
                              SAN DIEGO, CA 92101-2602

SCOTT,MARK - EN351368Y                                              Page 2 - End of Report

Document Type: CLAIM_OF_LIEN
Batch Number: 635958
Document ID: 8791897
User ID: SCANNER5
Filed Date/Time: 28-APR-2008 06:46 PM

# CLAIM OF LIEN

| | |
|---|---|
| Name of Claimant: | Mark P. Scott |
| Address of Claimant: | P.O. Box 181936<br>Coronado, CA 92178 |

In accordance with USC Title 46, Chapter 313-25, the above named person(s) hereby claim(s) a Maritime lien against the following vessel:

| | |
|---|---|
| Name of Vessel: | ORION |
| Official Number: | 1048577 |
| Nature of Claim: | LABOR |
| Date of Creation: | 3/28/2008 |
| Amount of Claim: | $1,600.00 |
| Dated: | 4/24/2008 |

By: _Mark P. Scott_ (signature)
Mark P. Scott

## ALL PURPOSE ACKNOWLEDGMENT

State of: California
County of: San Diego

On 4-24-08, 2008 before me, KAREN L. WILLIAMS, personally appeared Mark P. Scott who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

**WITNESS MY HAND AND OFFICIAL SEAL.**

_Karen L. Williams_ (signature)
Signature of Notary

Commission Expires: _____

**CAPACITY CLAIMED BY SIGNER:**

( ) Individual          ( ) Partner(s)           ( ) Subscribing Witness
( ) Corporate _____   ( ) Attorney-In-Fact     ( ) Guardian/Conservator
    Officer(s) _____  ( ) Trustee(s)           ( ) Other _____
        title(s)

[Notary Seal: KAREN L. WILLIAMS, Comm. #1487611, NOTARY PUBLIC-CALIFORNIA, San Diego County, My Comm. Expires MAY 15, 2008]



# Dona Jenkins

**MARITIME DOCUMENT SERVICE, INC.**
1050 Rosecrans Street, Suite 3
San Diego, CA 92106
Phone (619) 223-2279
Fax (619) 223-1002
e-Mail: Info@donajenkins.com

## INVOICE

Mark P. Scott
P.O. Box 181936
Coronado, CA 92178

No.   **32050**

April 24, 2008

| RE: | ORION | Vessel No: | Official # 1048577 |
|---|---|---|---|

| | | |
|---|---|---|
| Claim of Lien (Dona Jenkins fee and Coast Guard fee) | | 215.00 |
| | **Subtotal** | 215.00 |
| | **TOTAL** | $215.00 |

*Paid $115.00 cash*
*$100 - due*
*Paid in full 5/2/08*





# United States Coast Guard
## Maritime Information eXchange
### Port State Information eXchange

CGMIX Home | PSIX Home | PSIX Search | Definitions | Contact Us

Skip Navigation



The Port State Information eXchange (PSIX) system contains vessel specific information derived from the United States Coast Guard's Marine Information Safety and Law Enforcement System (MISLE). The information contained in PSIX represents a weekly snapshot of Freedom of Information Act (FOIA) data on U.S. flag vessels, foreign vessels operating in U.S. waters, and Coast Guard contacts with those vessels. Information on unclosed cases or cases pending further action is considered privileged information and is precluded from the PSIX system.

### Results for Vessel: ORION

**Vessel Information:**
Vessel Name: ORION
VIN: 1048577
Hull Number:
Vessel Flag: UNITED STATES
Vessel Call Sign:
Build Year: 1975

**Vessel Particulars:**
Service: Passenger (Uninspected)
Length: 41.3 ft
Breadth: 13.7 ft
Depth: 3.3 ft
Alternate VINs: 1048577,
IMO Number:

**Service Information:**
Service: In Service
Out Of Service Date: N/A
Last Removed From Service By: N/A

**Tonnage Information:**
Deadweight:
Gross Tonnage(GRT): 12
Net Tonnage(NRT): 10
Gross Tonnage(GT ITC):
Cargo Authority:

**Featured Links**

USCG Official Site
USCG FOIA Information
Vessel/Facility Security Plan Review Status
PSIX FAQ/Help
USCG Web Access Policies
Additional Links...

### Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | July 12, 2007 | August 31, 2008 |

### Summary of Coast Guard Contacts

| View Data From (MM/DD/YYYY): | 4/24/2003 | To: | 4/24/2008 | Submit |

Back to Top

Printer Friendly Version

**Last Update:**
Monday, April 21, 2008

4-24.08

## Coast Guard Vessel Documentation

Confirmed

August Klotz 0546

Data found in current database.

| | | | |
|---|---|---|---|
| Vessel Name: | ORION | USCG Doc. No.: | 1048577 |
| Vessel Service: | COMMERCIAL FISHING VESSEL | IMO Number: | * |
| Trade Indicator: | Coastwise Unrestricted, Registry | Call Sign: | * |
| Hull Material: | FRP (FIBERGLASS) | Hull Number: | JCMO42421075 |
| Ship Builder: | MARSHALL BOAT COMPANY | Year Built: | 1975 |
| | | Length (ft.): | 41.3 |
| Hailing Port: | SAN DIEGO CA | Hull Depth (ft.): | 3.3 |
| Owner: | ORION FISH BOAT COMPANY LLC 830 ORANGE AVE J-2 CORONADO, CA 92118 | Hull Breadth (ft.): | 13.7 |
| | | Gross Tonnage: | 12 |
| | | Net Tonnage: | 10 |
| Previous Vessel Names: | WILDFIRE | Previous Vessel Owners: | BRUCE E MURPHY |

April 24, 2008

Capt. Mark P. Scott
PO Box 181936
Coronado, Ca. 92178

Mr. Dave Hammel,

You are being billed for research input and personal attendence and acting on behalf and interest of motor vessel Orion Doc.# 1048577 in obtaining Coast Guard Cert. as Captain.

TOTAL DUE 1600.00

Sincerely,
Mark P. Scott

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Mark Scott

**DEFENDANTS**
Vessel Orion

**(b) County of Residence of First Listed Plaintiff** San Diego Co
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Pro Se
PO Box 181936 Coronado Ca 92178

**(c) Attorney's (Firm Name, Address, and Telephone Number)**

**Attorneys (If Known)**

'08 CV 1016 JM BLM CAB

FILED 2008 JUN -6 PM [?]
DISTRICT OF CALIFORNIA
DEPUTY

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Maritime law USC 1107
Brief description of cause:
Failure to pay mariner of services commersial vessel

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): NONE
JUDGE
DOCKET NUMBER

DATE 6.6.08
SIGNATURE OF ATTORNEY OF RECORD Mark Scott

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

