Mark Scott
P.O. Box 181936
Coronado, Ca. 92178
619 370-7575

FILED
2008 JUN -6 PM 2:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ CNIT _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Mark Scott

v.

Vessel Orion

) Civil No. '08 CV 1016 JM BLM
)
) REQUEST FOR APPOINTMENT OF
) COUNSEL UNDER THE CIVIL RIGHTS
) ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
) DECLARATION IN SUPPORT OF
) REQUEST

1.  I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   A.  my claim is meritorious (that is, I have a good case), and
   B.  I have made a reasonably diligent effort to obtain counsel, and
   C.  I am unable to find an attorney willing to represent me on terms that I can afford.

2.  A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.  A.  Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

   ____ Yes    ✓ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

B. Do you question the correctness of the Commission's "no reasonable cause" determination?

____ Yes     ____ (No)

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.

(Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

___ (Yes)   _X_ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: _Butler & Butler_
When: _Mid April_
Where: _San Diego_
How (by telephone, in person, etc.): _____
Why attorney was not employed to handle your claim: _Upholding a lein in court was a lengthy process_

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.): _____
Why attorney was not employed to handle your claim: _____

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.): _____
Why attorney was not employed to handle your claim: _____

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim: Basicly, I cannot afford a Maritime attourney

6. Give any other information which supports your application for the court to appoint an attorney for you: I spend more time unemployed than working I also get a social security check but try to work

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: None other than misdeamen el (Mspelled) cases involve court appointed attourney.

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A. <u>Employment</u>

Are you employed now?  ___ yes  _X_ no  ✓ am self-employed sometimes as in this case

Name and address of employer:

1  If employed, how much do you earn per month? __200 per day__
2  __600 apox 6000 m.o.__
3  If not employed, give month and year of last employment: __16 yrs__
4  How much did you earn per month in your last employment? __4000/mo__
5  If married, is your spouse employed? ___ yes __(no)__
6  If "YES," how much does your spouse earn per month? _____
7  If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? _____
8  _____

B.  Assets

    (i)  Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ___ yes __(no)__

If "YES," give the amount received and identify the sources:

| $ Received | Source |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

(Attach additional sheets as necessary)

(ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? _(yes)_ ___ no

If "YES," state total amount: _200 dollars_

(iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes _(no)_

If "YES," give value and describe it:

| <u>Value</u> | <u>Description</u> |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

C. <u>Obligations and Debts</u>

(i) <u>Dependents</u>

Your marital state is: ___ single ___ married ___ widowed, separated or _(divorced)_

Your total number of dependents is: _one_

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| <u>Name/Relationship</u> | <u>Monthly Support Payment</u> |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

(ii) <u>Debts and Monthly Bills</u>

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|

Rent: 500/mo currently not renting

Mortgage on Home: 0

Others:

9. <u>Signature</u>

I declare under penalty of perjury that the above is true and correct.

Dated: 6·6·08

*Mark Scott*
Signature

(Notarization is not required)

7