UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NUNC PRO TUNC**
JUN 24 2008

MARK SCOTT  Plaintiff

vs

VESSEL ORION  Defendant

Case No. 08CV1016-JM-BLM

MOTION OF DEFENDANT
DAVE HAMMEL TO APPEAR

On June 24 2008 I Mark Scott request amendment to include Dave Hammel owner of vessel Orion in the above case under informal propus.

Dave Hammel
c/o Blumenthal Insurance
830 Orange Ave #J2
Coronado, Ca. 92118

June 24 2008
Mark Scott

Supplemental Points and Authorities
Rule [rule] C. In rem actions
  special provisions
(1.)b. Actions may proceed in personam against any person who may be liable

UNITED STATES Dist. Court
SOUTHERN DISTRICT OF CALIFORNIA

MARK SCOTT Plaintiff

vs

VESSEL ORION Defendant

Case No. 08CV1016-JM-BLM

MOTION OF DEFENDANT DAVE HAMMEL TO APPEAR

On June 24 2008 I mark Scott request amendment to include Dave Hammel owner of vessel Orion in the above case under informal propos.

Dave Hammel
c/o Blumenthal Insurance
830 Orange Ave #J2
Coronado, Ca. 92118

June 24, 2008
Mark Scott




Supplimental Points and Authorities
Rule [rule] C. In rem actions
special provisions
(1.)b. Actions may proceed in personam against any person who may be liable