# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCOTT<br><br>                              Plaintiff,<br>vs.<br>THE VESSEL ORION<br><br>                              Defendant. | CASE NO. 08cv1016 JM(BLM)<br><br>ORDER DENYING MOTION OF DEFENDANT DAVE HAMMEL TO APPEAR |

On or about June 6, 2008 Plaintiff commenced an in rem action alleging that the vessel Orion failed to compensate him for services rendered. On June 24, 2008 Plaintiff filed a motion entitled "Motion of Dave Hammel to Appear." Essentially, the one sentence Motion requests that Dave Hammel be joined as a Defendant. The Motion is not accompanied by an amended complaint. The court denies the motion because leave of court is not required for Plaintiff to file an amended complaint. Federal Rule of Civil Procedure provides that a plaintiff "may amend its pleading once as a matter of course." Fed.R.Civ.P. 15(a)(1). Consequently, Plaintiff need only file an amended complaint to join Dave Hammel as a party. The court also notes that any service of process on the proposed Defendant must comply with Federal Rule of Civil Procedure 4.

**IT IS SO ORDERED.**

DATED: July 9, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

- 1 -                                                                                                                       08CV1016