# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 AUG 11 PM 3:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  **Miller**
FROM: K. Hammerly, Deputy Clerk        RECEIVED DATE: 8/7/2008
CASE NO.: 08cv1016        DOCUMENT FILED BY: Plaintiff Scott
CASE TITLE: Scott v. Vessel Orion
DOCUMENT ENTITLED: Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: 5.2 Missing proof of service |

Date forwarded: 8/7/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **JEFFREY T. MILLER**

Dated: 8/11/08         By: _____
cc: All Parties

1  Mark Scott
   P.O. Box 181936
2  Coronado, Ca. 92178                                    **REJECTED**

3  Mark Scott
4
5
6         U.S. District Court; Southern District of California
7
8
9
10 Mark Scott,                    ) Case No.: 08cv1016JM(BLM)
                                  )
11        Plaintiff,              ) DOCUMENT TITLE Civil; Fair Labor
                                  ) AMENDED COMPLAINT
12                                )
13     vs.                        )
                                  )
14 Vessel Orion; Dave Hammel      )
                                  )
15        Defendant               )
16 ─────────────────────────────
17
        Stipulation for filing amended complaint.
18
        By Federal Rules of Civil Procedure Rule 15 do submit amended complaint to original
19
   pleading against Vessel Orion; to include Dave Hammel as attached party. Mr. Hammel has been
20
21 notified of actions in rem against vessel Orion via registered mail. Dave Hammel; owner of vessel

22 Orion in relation to causes and effect of events that led to filing original suit against the vessel.

23 Attached is copies of original pleading against vessel Orion with

24 Mr. Hammel listed in the complaint.
25
26 DATED: August 7, 2008
                                                    _____
27                                                  Mark Scott
                                                    In Pro Per
28

                  DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)