Mark Scott
P.O. Box 181936
San Diego, Ca 92178

Mark Scott, IN PRO PER

FILED
08 AUG 18 PM 4:03
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

United States District Court

Southern District of California

Mark Scott

    Plaintiff,

vs.

Vessel Orion , Dave Hammel

    Defendant

) Case no.08cv1016JM(BLM)
) Nature of Suit; Fair Labor
) Honorable Judge ;Jeffrey T Miller

## Amended Complaint

Dave Hammel obtained the following services to be granted passenger for hire certificate on vessel Orion with out compensation of wage.

1. Survey of vessel; with changes to comply were pointed out.

2. Call to D. O. T. and agencies of fees and operating permits Submitted in writing.

3. Arranged C.G. inspection with Wally Berri; volunteer inspector.

4. Made trips to marine diesel facilities inquire of parts and cost of for generator

5. Obtained updated drug screen.

6. Appeared on initial inspection, stand as master of vessel; presenting license and drug screen to Wally Berri; was approved.

- 1 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

7. During inspection, took notes of items to change for vessel approval, and assisted on those changes.

My appearance on initial inspection stood for master, of vessel, changes were made, and certificate was issued without my notice, or necessity to be present. I was informed there was no contracts for duties performed; have a nice day.

DATED: August 18, 2008

*Mark Scott*
Mark Scott
In Pro Per

U.S. District Court

Southern California District (San Diego)

Mark Scott Plaintiff

Vs.

Vessel Orion Defendant
DAVE HAMMEL

Case No. 08cv1016JM(BLM)
Nature of Suit; fair labor
Honorable Judge; Jeffrey T. Miller

PROOF OF SERVICE

I Mark Scott do verify Dave Hammel was notifyed with copy of amended complaint mailed by U.S. Postal Service; certified to last known address of 830 Orange Ave st. J2 Coronado, Ca. 92118 on August 18 2008.

Dated;
August 18, 08

respectably submitted;
Mark Scott

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CORONADO CA 92118
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.42 | 0100 |
| Certified Fee | $2.70 | 15 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | AUG 18 2008 |
| Total Postage & Fees | $3.12 | |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

7008 1140 0001 8722 4764