FILED

2008 AUG 26 PM 1:28

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Mark Scott
P.O. Box 181936
Coronado, Ca.
92178

Mark Scott; in pro per

United States District Court
Southern District of California

Mark Scott; Plaintiff         Case # 08cv1016
     vs                       Suit; Fair labor
Vessel Orion; Defendants      Honorable Judge
Dave Hammel                   Jeffrey T. Miller
                              Request hearing Date

I Mark Scott do request a date in court seeking remedy of the matter which I consider to be a maritime issue of labor and wages. Requested without oral argument.

Authorities of codes in reference

§ 53.25 Basis for jurisdiction, traditional Maritime law vs statutory Maritime law under 28 USCA § 1331

§ 53.6 Constitution decisions of Admiralty & Maritime law jurisdiction of civil cases under Federal District Court

USC 30101 Establishes bounderies of Admiralty concerning vessels definitions of vessels and their relationship to waters, docks, ect...

USC 30104-137 Relationship of Marine employment not gauged to standard of land employment.

(continued)

Mark Scott vs Vessel Orion/Dave Hammel   Case # 08CV1016

## Authorities of codes (continued)

USC 11107 Concerns fishing agreements

USC 10601 agreements; lay share (wages would not be based on fish; rather no. of passengers)

CFR - Definition of passenger vessel of 6 or less passengers.

USC 46 10313 Priority Master lein for wages

USC 46 11112 documented vessels lein by master

Common law: [Freight is the mother of wages]

### Causes of Action:

USC 46 10313, 10504, 11105, 6 & 7

California Rules of Court Rule E: Procedeures of REM actions

### Further references:

1. CFR shipping Coast Guard: their duties of inspection.
2. Benedicts Admiralty law; actions of seaman against vessel.
3. Federal Procedure (Lawyers Edition) §§ 53.1 - 54:227

I have been a mariner and captain for 30 years; as a seaman would, perform duties without bound of clock nor calender carried out tasks to obtain 6 pack certification. Actions and recommendations all to the care and well being of the vessel. I don't believe I'm asking for something I don't deserve.

date: August 26 08

Sencerily
Mark Scott