UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCOTT, <br><br>                Plaintiff, <br>v. <br><br>VESSEL ORION, DAVE HAMMEL, <br><br>                Defendants. | Case No. 08cv1016 JM(BLM) <br><br>ORDER GRANTING JOINT MOTION <br>FOR DISMISSAL [Docket No. 24] |

    Upon the joint motion of the parties [Docket No. 24] and for good cause being shown, this matter is dismissed with prejudice.  The Clerk of Court is directed to close this file.

    IT IS SO ORDERED.

DATED: February 18, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge